[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 1235.]

**BARBERIC, APPELLANT, *v.* CATHOLIC DIOCESE OF CLEVELAND ET AL., APPELLEES.**

[Cite as *Barberic v. Catholic Diocese of Cleveland*, 2001-Ohio-260.]

*Appeal dismissed as improvidently allowed.*

(No. 00-1067—Submitted February 7, 2001—Decided March 28, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 77796.

_____

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., David M. Paris, Kathleen J. St. John* and *Brenda M. Johnson*, for appellant.

*Edward J. Maher*, for appellees Catholic Diocese of Cleveland and Most Reverend Anthony M. Pilla.

*William T. Doyle*, for appellee Father Gary Berthiuame.

*William T. Monroe*, for appellee Father Allen F. Bruening.

*Bonezzi, Switzer, Murphy & Polito Co., L.P.A., Beth A. Sebaugh* and *Patrick J. Quallich*, for appellees Ascension Catholic Church and Ascension School.

*Betty D. Montgomery*, Attorney General, and *Robert C. Maier*, Assistant Attorney General, urging reversal for *amicus curiae*, Ohio Attorney General.

_____